Commonwealth *v.* Hampton, Appellant.

Submitted November 8, 1972; reargued April 25, 1974. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*John R. Merrick,* Assistant Public Defender, for appellant.

*Timothy H. Knauer,* Assistant District Attorney, with him *F. Ned Hand* and *James R. Freeman,* Assistant District Attorneys, and *William H. Lamb,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, October 16, 1974:
Order affirmed.